IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISETTE ECHEVARRIA LUGO | : | CIVIL ACTION |
| | : | No. 13-7598 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | |

## ORDER

AND NOW this 19th day of May, 2016, upon consideration of plaintiff Lisette

Echevarria Lugo's brief and statement of issues in support of request for review (Dkt. No. 21),

defendant's response (Dkt. No. 22), the report and recommendation of Magistrate Judge Marilyn

Heffley (Dkt. No. 24), defendant's objections to the report and recommendation[1] (Dkt. No. 25),

and the administrative record (Dkt. No. 12) and consistent with the accompanying memorandum

of law, it is ORDERED that:

1)      The report and recommendation is ADOPTED IN PART.  It is adopted with

respect to its conclusions that:  (1) the ALJ did not err in Assessing Lugo's

credibility; (2) the ALJ did not err in evaluating Lugo's claim regarding her need

for a rolling walker; (3) the ALJ did not err in his evaluation of the opinion of

psychiatric consultative examiner Dr. Thomas Schwartz; and (4) the ALJ did not

err in evaluating Dr. Muvdi's fibromyalgia diagnosis;

2)      The Court SUSTAINS defendant's second objection to the report and

recommendation and therefore DECLINES TO ADOPT the report and

recommendation with respect to its conclusion that remand is warranted for

---

[1]      Plaintiff did not file a response to defendant's objections.

further review of Lugo's obesity;

3)      Plaintiff's Request for Review is DENIED;

4)      The decision of the Commissioner of Social Security is AFFIRMED and

        JUDGMENT is entered in favor of defendant Carolyn W. Colvin, Acting

        Commissioner of Social Security, and against plaintiff Lisette Echevarria Lugo;

        and

5)      The Clerk of Court shall mark this case CLOSED.


                                    _____*s/Thomas N. O'Neill, Jr.*_____
                                    THOMAS N. O'NEILL, JR., J.